# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| **TAMEKA WEAVER,**<br><br>       Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,**<br><br>       Defendants. | **Case No:** 2:13-cv-344 |

## NOTICE OF SETTLEMENT

Plaintiff, TAMEKA WEAVER, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar

///

///

///

///

for this case.

DATED: August 20, 2013

                                                            RESPECTFULLY SUBMITTED,

                                                            By:<u>/s/ Richard W. Ferris</u>
                                                            Richard W. Ferris
                                                           VSB# 31812
                                                           FERRISWINDER, PLLC
                                                           530 East Main Street, Suite 710
                                                           Richmond, VA 23219
                                                           Tel: 804-767-1800
                                                           Fax: 888-251-6228
                                                          E-mail: rwferris@ferriswinder.com
                                                          *Attorneyfor Plaintiff,*
                                                          *Tameka Weaver*