UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
AUG 30 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

TAMEKA WEAVER,

    Plaintiff,

v.                                                      CIVIL ACTION NO. 2:13-CV-00344

PERFORMANT RECOVERY, INC.;
and DOES 1 through 10, inclusive,

    Defendant.

This day came the plaintiff, Tameka Weaver, and the defendant, Performant Recovery, Inc., by counsel, and represented to the Court that all matters of controversy between the parties have been resolved, and jointly move the Court for an Order dismissing all claims among them, in the above-styled civil action, with prejudice.

Having considered the matter, and there being no objection, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that this matter shall be and it is hereby dismissed **WITH PREJUDICE** with each party to be responsible for its or his own costs.

Upon entry, the Clerk is directed to mail copies of this Order to all counsel of record.

ENTER: 8/27/13

/s/
Raymond A. Jackson
United States District Judge

WE ASK FOR THIS:

/s/ Zachary D. Cohen
Mark R. Colombell, VSB No. 48183
Zachary D. Cohen, VSB No. 74770
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
mcolombell@t-mlaw.com
zcohen@t-mlaw.com
*Counsel for Performant Recovery, Inc.*


/s/ Richard W. Ferris
Richard W. Ferris, VSB No. 31812
Ferris Winder, PLLC
530 East Main Street, Suite 710
Richmond, Virginia 23219
804.767-1800
888.251.6228 Fax
rwferris@ferriswinder.com
*Counsel for Tameka Weaver*